UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    Case No.
JAIME DOE,

                         Plaintiff,

                - against -

FEDCAP REHABILITATION SERVICES, INC,
CHRISTINE MCMAHON, *individually*, and
JOSEPH GIANNETTO, *individually*,

                         Defendant.
-------------------------------------------------------------X

## NOTICE OF MOTION REQUESTING LEAVE FOR PLAINTIFF TO PROCEED PSEUDONYMOUSLY OR, IN THE ALTERNATIVE, TO PROCEED UNDER SEAL

**PLEASE TAKE NOTICE THAT** upon the annexed Memorandum of Law, Plaintiff will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street New York, New York 10007, in front a Judge to be assigned, at a time to be decided, for an Order granting Plaintiff leave to proceed pseudonymously or, in the alternative, for an Order sealing the Complaint.

Dated: New York, New York
       October 25, 2017

                                                PHILLIPS & ASSOCIATES,
                                                ATTORNEYS AT LAW, PLLC

                              By: _____
                                                Marjorie Mesidor, Esq.
                                                Brittany A. Stevens, Esq.
                                                *Attorneys for Plaintiff*
                                                45 Broadway, Suite 620
                                                New York, New York 10006
                                                (212) 248-7431
                                                mmesidor@tpglaws.com
                                                bstevens@tpglaws.com