PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 12, 2018

**Via ECF**
Honorable Judge J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

RE: Jamie Doe v. Fedcap Rehabilitation Services, Inc., et. al.
**Docket No. 17-CV-08220 (JPO)(SB)**

Dear Judge Oetken:

This office represents Plaintiff, Jamie Doe, in the above-referenced action. We write to Your Honor to request that the parties be excused entirely from the mandatory mediation.

As of the date of this letter, a confirmed date has not been scheduled by the parties. Plaintiff respectfully request that parties be excused entirely from mediation because Plaintiff will not be able to take off of work, so early in their employment. Plaintiff is not permitted to take any time off from work, for a period of at least six months. In addition, based on the mediation call, on January 30, 2018, it is apparent that neither party is in a position to explore settlement negotiations at this time, without more information.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ Marjorie Mesidor____
Marjorie Mesidor, Esq.
Brittany A. Stevens, Esq.

Cc: Jonathan L. Shapiro, Esq. (*via* ECF only)
Traycee Ellen Klein, Esq. (*via* ECF only)
Mediation Office (*via* MediationOffice@nysd.uscourts.gov)