UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME DOE,
Plaintiff,

-v-

FEDCAP REHABILITATION SERVICES, INC. et al.,
Defendants.

17-CV-8220 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

For the reasons stated in the letter at Docket Number 36, the parties are excused from mandatory mediation in this case.

Counsel for all parties are directed to appear for an initial pretrial conference with the Court on March 5, 2018, at 11:30 a.m. The conference will be held in Courtroom 706 of the Thurgood Marshall United States Court House, 40 Foley Square, New York, New York. Counsel who appear at the pretrial conference must be authorized to negotiate terms of settlement.

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at a Fed. R. Civ. P. 16 conference. Counsel are further directed to use the Court's Civil Case Management Plan and Scheduling Order form (the "Form") to jointly prepare a detailed written proposed schedule for any motions and discovery. Counsel should type entries into this Form using a copy of the Form available at http://nysd.uscourts.gov/judge/Oetken. The parties shall submit a copy of the completed Form at least three business days prior to the date of the conference.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination

is sent prior to the date of the conference via email to the Orders and Judgment Clerk at the following email address: orders_and_judgments@nysd.uscourts.gov.

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time. Counsel are directed to appear promptly.

Requests for adjournment may be made only in a writing received not later than two business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates when all counsel are available. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

SO ORDERED.

Dated: February 15, 2018
New York, New York

J. PAUL OETKEN
United States District Judge