**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
: 
CHARLIE NEWMAN-SCHEEL, :
: 
                           Plaintiff, :    17-CV-8220 (JPO)(OTW)
: 
            -against- :    **OPINION & ORDER**
: 
FEDCAP REHABILIATION SERVICES, et al., :
: 
                          Defendants. :
---------------------------------------------------------x

**Ona T. Wang, United States Magistrate Judge:**

This case was referred to me for general pretrial management, including discovery motions, non-dispositive pretrial motions, and settlement. On July 25, 2018, Plaintiff filed a letter motion to quash two subpoenas allegedly served on two of Plaintiff's former employers. (ECF 61). In a response filed July 30, 2018, Defendants represented to the Court that they have not yet served the subpoenas. (ECF 63). Because the subpoenas were not served, the motion to quash is **DENIED AS PREMATURE**. If Plaintiff wishes to move for a protective order in accordance with the Court's Individual Practices, preventing service of the subpoenas, Plaintiff shall do so by **October 10, 2018.**

The Clerk of Court is respectfully directed the close the open motion at ECF 61.

SO ORDERED.

_s/ Ona T. Wang_
Dated: October 4, 2018                                               **Ona T. Wang**
     New York, New York                             United States Magistrate Judge